IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

SHMEIKA CHEAIRS, and
others similarly situated,

    Plaintiff,

v.                                              Case No. : 1:10-cv-01228

CASH EXPRESS, LLC.,

    Defendant.

---

**STIPULATION OF DISMISSAL**

---

    COME NOW, the parties to this action, pursuant to Fed.R.Civ.P. 41, and announce to the Court that they have resolved the matters between them and agree to the dismissal of this case without prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| s/ Charles W. Cavagnaro, Jr. | s/Michael L. Russell |
| Charles W. Cavagnaro, Jr. (BPR #17917) | Michael L. Russell (BPR #20268) |
| EVANS \| PETREE, PC | GILBERT RUSSELL  McWHERTER, PLC |
| 1000 Ridgeway Loop Road, Suite 200 | 1616 Westgate Circle, Suite 228 |
| Memphis, Tennessee 38120 | Brentwood, Tennessee 37027 |
| (901) 525-6781 | (615) 467-6372 |
| *Attorney for Defendant* | *Attorney for Plaintiff* |