# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

SHMEIKA CHEAIRS and
Others similarly situated,

Plaintiff(s),

CASE NUMBER: 1:10-cv-1228-JDB

v.

CASH EXPRESS, LLC.,

Defendant(s).

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation entered in the above-styled matter on March 24, 2011, this action is hereby DISMISSED without prejudice, with each party bearing its own costs and attorneys' fees.

**APPROVED:**

                                                          s/J. Daniel Breen
                                                         United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/Sonya Pettigrew**
**DEPUTY CLERK**